# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH EBBE,<br><br>                Petitioner,<br>    v.<br><br>CONCORDE INVESTMENT SERVICES, LLC, WESTMINSTER FINANCIAL SECURITIES, INC., WESTMINSTER FINANCIAL ADVISORY CORP. and RICHARD G. CODY & JILL M. CODY a/k/a JILL M. TRAMONTANO,<br><br>                Respondents. | Civil Action No. 1:19-cv-10289-PBS |

## NOTICE OF CROSS-MOTION
## TO CONFIRM FINRA ARBITRATION AWARD

Please take notice that pursuant to Local Rule 7.1(a) of the United States District Court for the District of Massachusetts, and 9 U.S.C. §§ 6 & 10, and for the reasons stated more fully in the accompanying Memorandum of Law, which is incorporated herein, Concorde hereby moves for an order confirming the FINRA arbitration award.

Date: May 3, 2019

Respectfully Submitted,

    */s/ N. Nancy Ghabai*
N. Nancy Ghabai (BBO #645050 )
**GHABAI LAW GROUP LLC**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 502-6561
nghabai@glgesq.com

    */s/ Shane Haselbarth*
Gerry Kowalski, admitted *pro hac vice*
   (Pa. ID 43216)
Shane Haselbarth, admitted *pro hac vice*
   (Pa. ID 206371)
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Phone: (215) 575-2600
gjkowalski@mdwcg.com
sshaselbarth@mdwcg.com

*Counsel for Respondent / Cross-Movant*
*Concorde Investment Services LLC*

Case 1:19-cv-10289-PBS   Document 36   Filed 05/03/19   Page 2 of 3

## RULE 7.1 CERTIFICATION

I hereby certify that the issues that are the subject of this Cross-Motion have been discussed extensively between counsel for the respective parties, and they have been unable to revolve their dispute without the intervention of the Court.  In addition, and pursuant to Local Rule 7.1(a)(2), I conferred in good faith with Counsel for Mr. Ebbe and was unable to resolve the issue presented.

*/s/ Shane Haselbarth*
Shane Haselbarth

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on May 3, 2019, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Shane Haselbarth*
Shane Haselbarth